1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MOROCCANOIL, INC., a California corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>WEB TREND LTD, a New York corporation doing business as Salonsavings.com; DEAL SEEKERS, a business entity of unknown formation; NEW YORK VALUE CLUB, LTD a New York corporation doing business as Belco; Jerel Sabella, an individual; Kerry Sabella, an individual; and DOES 1 through 10 inclusive,<br><br>          Defendant. | CASE No. CV11-4537-DMG (AGRx)<br><br>**ORDER RE DISMISSAL WITH PREJUDICE [32]** |

2522.112\9948

[PROPOSED] ORDER RE DISMISSAL WITH PREJUDICE

In accordance with the Stipulation signed by counsel for Plaintiff Moroccanoil, Inc., and counsel for Defendants Web Trend, Ltd. doing business as Salonsavings.com; Deal Seekers, New York Value Club, Ltd., doing business as Belco; Jerel Sabella, and Kerry Sabella (collectively "the Parties"), and good cause appearing,

IT IS ORDERED that: (1) the claims herein and the action in its entirety shall be dismissed with prejudice; (2) each party shall bear its own costs, legal fees, and expenses incurred herein; and (3) the Court shall retain jurisdiction for the purpose of enforcement of the terms of the Settlement Agreement of the Parties.

DATED: April 19, 2013

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE